UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-2(c)

LEVITT & SLAFKES, P.C.
515 Valley Street, Suite 140
Maplewood, NJ 07040
T: 973-313-1200
F: 973-313-1240
Bruce Levitt, Esq.
blevitt@lsbankruptcylaw.com
*Counsel for Defendant*

O'BRIEN LLP
900 Third Avenue
New York, NY 10022
T: 212-729-9243
F: 646-205-3071
A.J. Monaco, Esq.
ajmonaco@obrienllp.com

*Counsel for Plaintiffs*

| | |
|---|---|
| In re:<br><br>AHMED A. ZAYAT,<br><br>                     Debtor. | Chapter 7 Case No.: 20-20387 (VFP) |
| MGG SPECIALTY FINANCE FUND LP and<br>MGG SF EVERGREEN FUND LP, as Lenders<br><br>and<br><br>MGG INVESTMENT GROUP LP, as Administrative Agent<br>and as Collateral Agent,<br><br>                 Plaintiffs,<br>     *v.*<br><br>AHMED A. ZAYAT,<br><br>                 Defendant. | Adv. Pro. No.: 20-01620 (VFP)<br><br><br>CIVIL ACTION<br><br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs MGG SPECIALTY FINANCE FUND LP, MGG SF EVERGREEN FUND LP, and MGG INVESTMENT GROUP LP and Defendant AHMED A. ZAYAT, by and through their respective counsel, hereby stipulate pursuant to Fed. R. Civ. P. Rule 4l(a)(l) and Fed. R. Bank. P. 7041 that each and every claim or counterclaim in this action be and hereby is DISMISSED with prejudice, each party to bear its own costs.

Dated: September 23, 2022

**O'BRIEN LLP**                                    **LEVITT & SLAFKES, P.C.**

By: /s/                                           By: /s/ *Bruce Levitt*

A.J. Monaco, Esq.                                 Bruce Levitt, Esq.
900 Third Avenue, 18th Floor,                     515 Valley Street, Suite 140
New York, NY 10022                                Maplewood, NJ 07040
Tel: (212) 729-9243                               Tel: (973) 313-1200
Fax: (646) 205-3071                               Fax: (973) 313-1240
ajmonaco@obrienllp.com                            blevitt@lsbankruptcylaw.com
*Counsel for Plaintiffs*                          *Counsel for Defendant Ahmed A. Zayat*